Judge Robert W. Gettleman
Magistrate Judge Laura K. McNally
Random Cat 4

FILED
2/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDY HERNANDEZ | No.<br><br>Violations: Title 8, United States Code Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i); Title 18, United States Code, Section 1589(a) |

**COUNT ONE**

The SPECIAL APRIL 2025 GRAND JURY charges:

1. At times material to this indictment:

    a. Victim A was a Honduran citizen.

    b. Defendant FREDY HERNANDEZ was a Honduran citizen, who resided in Waukegan, Illinois.

2. In or around September 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, did knowingly bring to the United States an alien, namely, Victim A, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## COUNT TWO

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. Beginning in or around September 2022, and continuing through on or about September 1, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored, and shielded from detection an alien, namely, Victim A, knowing and in reckless disregard of the fact that the alien had come to, entered, and remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT THREE

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. Beginning in or around September 2022, and continuing through on or about September 1, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim A, by means of: (a) force and threats of force; (b) serious harm and threats of serious harm to Victim A and another person; (c) the abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim A to believe that, if Victim A did not perform such labor and services, Victim A and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

## COUNT FOUR

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. At times material to this indictment:

    a. Victim B was a Honduran citizen.

2. Paragraph 1(b) of Count One is incorporated here.

3. In or around April 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, did knowingly bring to the United States an alien, namely, Victim B, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## COUNT FIVE

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1(a) of Count Four is incorporated here.

2. Paragraph 1(b) of Count One is incorporated here.

3. Beginning in or around April 2023, and continuing through in or around August 2023, at Waukegan, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored, and shielded from detection an alien, namely, Victim B, knowing and in reckless disregard of the fact that the alien had come to, entered, and remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT SIX

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1(a) of Count Four is incorporated here.

2. Paragraph 1(b) of Count One is incorporated here.

3. Beginning in or around April 2023, and continuing through in or around August 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim B, by means of: (a) force and threats of force; (b) serious harm and threats of serious harm to Victim B and another person; (c) the abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim B to believe that, if Victim B did not perform such labor and services, Victim B and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

## **COUNT SEVEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. At time material to this indictment:

   a. Victim C was a Honduran citizen.

2. Paragraph 1(b) of Count One is incorporated here.

3. In or around November 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

**FREDY HERNANDEZ,**

defendant herein, for the purpose of commercial advantage and private financial gain, did knowingly bring to the United States an alien, namely, Victim C, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## COUNT EIGHT

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1(a) of Count Seven is incorporated here.

2. Paragraph 1(b) of Count One is incorporated here.

3. Beginning in or around November 2022, and continuing through in or around August 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored, and shielded from detection an alien, namely, Victim C, knowing and in reckless disregard of the fact that the alien had come to, entered, and remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT NINE

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1(a) of Count Seven is incorporated here.

2. Paragraph 1(b) of Count One is incorporated here.

3. Beginning in or around November 2022, and continuing through in or around August 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

## FREDY HERNANDEZ,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim C, by means of: (a) force and threats of force; (b) serious harm and threats of serious harm to Victim C and another person; (c) the abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim C to believe that, if Victim C did not perform such labor and services, Victim C and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

## **COUNT TEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. At time material to this indictment:

    a. Victim D was a Honduran citizen.

2. Paragraph 1(b) of Count One is incorporated here.

3. In or around May 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, did knowingly bring to the United States an alien, namely, Victim D, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

## **COUNT ELEVEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1(a) of Count Ten is incorporated here.

2. Paragraph 1(b) of Count One is incorporated here.

3. Beginning in or around May 2023, and continuing through in or around August 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, for the purpose of commercial advantage and private financial gain, concealed, harbored, and shielded from detection an alien, namely, Victim D, knowing and in reckless disregard of the fact that the alien had come to, entered, and remained in the United States in violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## **COUNT TWELVE**

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. Paragraph 1(a) of Count Ten is incorporated here.

2. Paragraph 1(b) of Count One is incorporated here.

3. Beginning in or around May 2023, and continuing through in or around August 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDY HERNANDEZ,

defendant herein, knowingly provided and obtained the labor and services of a person, namely, Victim D, by means of: (a) force and threats of force; (b) serious harm and threats of serious harm to Victim D and another person; (c) the abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim D to believe that, if Victim D did not perform such labor and services, Victim D and another person would suffer serious harm;

In violation of Title 18, United States Code, Section 1589(a).

**FORFEITURE ALLEGATION**

The SPECIAL APRIL 2025 GRAND JURY alleges:

1. Upon conviction of any offense in violation of Title 8, United States Code, Section 1324(a) as charged in Counts One through Eight of this indictment, defendant FREDY HERNANDEZ shall forfeit to the United States of America (a) any conveyance used in the commission of the offense, (b) the gross proceeds of the offense; and (c) any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense or used to facilitate, or intended to be used to facilitate the offense, as provided in Title 18, United States Code, Section 982(a)(6)(A), Title 8, United States Code, Section 1324(b)(1), and Title 28, United States Code, Section 2461.

2. Upon conviction of any offense in violation of Title 18, United States Code, 1589(a), as charged in Counts Nine through Twelve of this indictment, defendant FREDY HERNADEZ shall forfeit to the United States of America (a) the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or facilitate the commission of the offense, and any property traceable to such property; and (b) any property, real or personal, constituting or derived from any proceeds that defendant obtained, directly or indirectly, from the commission of the offense, and any property traceable to such property as provided in Title 18, United States Code, Section 1594(d) and Title 28, United States Code, Section 2461.

3. The property to be forfeited includes, but is not limited to a personal money judgment in an amount equal to the proceeds derived from the offenses in violation of Title 18, United States Code, Section 1589.

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY